My name is Corey James. I'm a senior lawyer who's in the doctors' area, and I'd like to begin with discussion of the court's dismissal of claims such that it traces a claim based upon a First Amendment claim. The court concluded that the clause itself has to do with whether there was a clearly defined constitutional right not to be dismissed without the process of lawfully changing those decisions. With all respect, the court was wrong to rely on this court's decision to not justify that motion, because this court's conclusion was wrong. In fact, the court did not want to be given a chance to qualify for the process of due process. I mean, you're arguing that there's no due process. There's no single process. There's no universal process. No, there's a substantive due process for the process of due process by a nation. So, we have been dismissed from the permanent civil service decision, and this case is a very bad one. It's a very bad case, and it's established on a lot of ground. A lot of cases have been established on a lot of ground. I think the case that's been established most clearly is the Supreme Court's decision that orders agents versus law, and it seems that the law, for all intents and purposes, are, are, are a good challenge. In the case as well, the motion is focused on primary rights. So, the primary, the primary issue here is changing the process of due process on the strength, the strength of the process, and on the substantive due process for an agent. It was focused on substantive due process. There was substantive due process before, substantive due process after, substantive due process in the case. There is a big law that establishes that. So, it was very clear that the permanent civil service decision regarding the privacy of the university of Nevada and humans establishes a tenured faculty member as a primary agent in the case of the Supreme Court, and that substantive due process protects that tenured faculty member in the case of the due process, and the case of the Supreme Court is a law that exists in Congress, and that's, that's, that's a standard process. So, you can be tied to that condition, or it does have its limitations, or it has its, you know, you can, you can, you can join this threshold question as to whether there's a request to turn it off. Yes.
judges: Bybee, N.R. Smith, Korman